Thomas F. Behan, Acting Superintendent of Insurance of the State of New York, as Liquidator of Capital City Surety Company, v. Charles Heymann.—

Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.